**STATE of Missouri, Respondent,**

v.

**Gary Joe EASTRIDGE, a/k/a Richard Gene Espe, Appellant.**

**No. WD 35057.**

Missouri Court of Appeals, Western District.

Aug. 14, 1984.

Motion for Rehearing and/or Transfer to Supreme Court Overruled and Denied Oct. 2, 1984.

Application to Transfer Denied Nov. 20, 1984.

William M. Barvick, Jefferson City, for appellant.

John Ashcroft, Atty. Gen., Philip M. Koppe, Asst. Atty. Gen., Jefferson City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

ORDER

PER CURIAM:

Appeal from conviction on two counts of burglary second degree and one count of stealing. Sentence was imposed of seven years on one count of burglary and six years on the other count and six years for stealing with the sentences to run concurrently.

Judgment affirmed. Rule 30.25(b).